UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ONEBEACON AMERICA INSURANCE COMPANY,** a Massachusetts Corporation,

    **Plaintiff,**

v.

**CITY OF GRANITE CITY,** a Municipal Corporation
**and DAVID FUNKHOUSER,**

    **Defendants.**                    No. 12-cv-156-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the Court on plaintiff's Motion for Summary Judgment.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiff's Motion for Summary Judgment entered on February 13, 2013, finding no duty on the plaintiff to defend or indemnify. This case is **DISMISSED** with prejudice.

                      NANCY J. ROSENSTENGEL,
                      CLERK OF COURT

                      BY:    /s/*Sara Jennings*
                      **Deputy Clerk**

Dated: February 14, 2013

APPROVED:

Digitally signed by David R. Herndon
Date: 2013.02.14 16:13:55 -06'00'

    CHIEF JUDGE
    U. S. DISTRICT COURT