# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

**ONEBEACON AMERICA INSURANCE COMPANY,** *a Massachusetts Corporation,*

    **Plaintiff,**

v.

**CITY OF GRANITE CITY,** *a Municipal Corporation*
**and DAVID FUNKHOUSER,**

    **Defendants.**                  No. 12-cv-156-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on plaintiff's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiff's Motion for Summary Judgment entered on February 13, 2013, finding no duty on the plaintiff to defend or indemnify. This case is **DISMISSED** with prejudice.

                                     NANCY J. ROSENSTENGEL,
                                     CLERK OF COURT

                                     BY:      /s/*Sara Jennings*
                                                  **Deputy Clerk**

Dated:    February 14, 2013

                              Digitally signed by
                              David R. Herndon
                              Date: 2013.02.14
APPROVED:                16:13:55 -06'00'
            CHIEF JUDGE
            U. S. DISTRICT COURT