IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ONEBEACON AMERICA INS. CO.,

Plaintiff,

v.

CITY OF GRANITE CITY, ET AL,

Defendants.   No. 12-CV-00156-DRH-DGW

### AMENDED JUDGMENT

**Vacating and Replacing Clerk's 2/14/2013 Judgment (Doc. 19)**

**HERNDON, Chief Judge:**

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting plaintiff's Motion for Summary Judgment entered on February 13, 2013, it is declared and determined that the Plaintiff does not owe a duty to defend or indemnify the City of Granite City in the action and for the complaint presently pending in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, *David Funkhouser, on behalf of himself and others similarly situated, v. City of Granite City, a municipal corporation*, Docket No. 11-L-1307 under the

policy of insurance issued by the Plaintiff to the City. This case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Signed this 19th day of February, 2013.

Digitally signed by
David R. Herndon
Date: 2013.02.19
13:25:31 -06'00'

**Chief Judge**
**United States District Court**